**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

Eastern District of Kentucky
FILED

AUG 13 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

**INDICTMENT NO.** 26-55-DLB-CJS
**18 U.S.C. § 2252(a)(2)**

**ISOEL MATIAS FERRERIS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 23, 2025, in Kenton County, in the Eastern District of Kentucky,

**ISOEL MATIAS FERRERIS**

knowingly distributed any visual depiction using any means or facility of interstate or

foreign commerce, the production of which involved the use of a minor engaging in

sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18

U.S.C. § 2252(a)(2).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 2253**

1.    By virtue of the commission of the offense alleged in the Indictment,

**ISOEL MATIAS FERRERIS** shall forfeit to the United States any and all interest that

he has in any visual depiction, or matter containing such visual depiction, that was

produced, transported, mailed, shipped, or received as part of the violation of 18 U.S.C. §

2252; any property, real or personal, constituting or traceable to gross profits or other

proceeds obtained from the violation of 18 U.S.C. § 2252; and any property, real or

personal, used or intending to be used in the commission or promotion of the violation of

18 U.S.C. § 2252 or traceable to such property. Any and all interest that **ISOEL**

**MATIAS FERRERIS** has in this property is vested in and forfeited to the United States

pursuant to 18 U.S.C. § 2253.

2.     The property to be forfeited includes, but is not limited to, the following:

### ELECTRONIC EQUIPMENT:

a.  SanDisk Extreme Portable SSD, 1TB, Model Number: SDSSDE61-1T00, Serial Number: 2405J14Z04X7 with USB-C to USC-C cable;
b.  Samsung Galaxy S23, IMEI: 357644123323465 with black case and tape over front camera;
c.  SanDisk Extreme 128GB microSD card, Serial Number: 3483YCDAX0E6 in SanDisk Adapter; and
d.  All software and peripherals which are contained on or associated with the seized electronic equipment.

**A TRUE BILL**

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

ELAINE K. LEONHARD
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 20 years imprisonment, a $250,000 fine, and at least 5 years supervised release.

**PLUS:**    Forfeiture of listed items.

**PLUS:**    Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. § 2259A, no more than:

(1) $17,000.00 if convicted of 18 U.S.C. § 2252(a)(4) or § 2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by § 2259(c)(3), which includes offenses under 18 U.S.C. §§ 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. § 2259(c)(1), which includes offenses under 18 U.S.C. § 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**    Restitution. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.